# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  DANIEL SARTORI § Case No. 14-80946
        SUSAN SARTORI  §
                       §
                       §
        Debtors        §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 03/25/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/29/2014.

5) The case was converted on 08/28/2014.

6) Number of months from filing or conversion to last payment: 2.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $10,801.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

<u>Receipts:</u>

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 1,000.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,000.00 |

<u>Expenses of Administration:</u>

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 60.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 60.00 |

Attorney fees paid and disclosed by debtor:   $ 750.00

<u>Scheduled Creditors:</u>

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ATTY BERNARD NATALE | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 13,646.53 | 0.00 | 0.00 | 0.00 |
| REDBIRD FINANCIAL | Sec | 6,878.00 | 6,878.00 | 6,878.00 | 251.62 | 688.38 |
| INTERNAL REVENUE SERVICE | Pri | 53,758.70 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 23,777.27 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 292.46 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 12,827.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Sec | 1,820.33 | 2,524.00 | 2,524.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 79,325.65 | 79,325.65 | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 157.50 | NA | NA | 0.00 | 0.00 |
| SHRIVER O'NEILL & THOMPSON | Uns | 0.00 | 4,527.30 | 0.00 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL / HOUSEHOLD | Uns | 17,322.00 | NA | NA | 0.00 | 0.00 |
| CANDLEWICK LAKE ASSOCIATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CASH JAR | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| CASH ON WHEELS INC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,500.00 | 1,693.83 | 1,693.83 | 0.00 | 0.00 |
| CASHCALL INC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CASHNET USA | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA - ILLINOIS PC | Uns | 388.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Uns | 5,029.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 984.00 | 814.25 | 814.25 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 199.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 3,310.00 | 3,310.04 | 3,310.04 | 0.00 | 0.00 |
| DISCOUNT ADVANCES LOAN | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| DISCOUNT ADVANCES LOAN | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| EAST SIDE LENDERS | Uns | 750.00 | 1,122.50 | 1,122.50 | 0.00 | 0.00 |
| FIRST MERIT BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Uns | 961.00 | NA | NA | 0.00 | 0.00 |
| HERBERT I GREENE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 1,337.00 | NA | NA | 0.00 | 0.00 |
| HUDSON & KEYSE LLC A/K/A THE | Uns | 8,179.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 500.50 | 276,828.70 | 276,828.70 | 0.00 | 0.00 |
| INTERNATIONAL CASE ADVANCE | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| MANHATTAN PROCESS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 2,715.22 | 2,715.22 | 2,715.22 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 1,337.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SERVICES | Uns | 297.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 666.24 | 795.42 | 795.42 | 0.00 | 0.00 |
| PAYDAY MAX | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY MAX | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY MAX | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PLAIN GREEN LOANS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Uns | 389.38 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT CNTRL | Uns | 388.00 | NA | NA | 0.00 | 0.00 |
| SURE ADVANCE LLC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| USA FAST CASH. NET | Uns | 500.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VISTA GROUP | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 5,029.61 | 5,029.61 | 0.00 | 0.00 |
| CERASTES, LLC | Uns | 0.00 | 925.00 | 925.00 | 0.00 | 0.00 |
| WILLIAMSON & BROWN LLC | Uns | 0.00 | 3,310.04 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,878.00 | $ 251.62 | $ 688.38 |
| All Other Secured | $ 2,524.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 9,402.00 | $ 251.62 | $ 688.38 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 372,560.22 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 60.00 |
| Disbursements to Creditors | $ 940.00 |
| **TOTAL DISBURSEMENTS:** | $ 1,000.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  09/19/2014            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.